**United States District Court**
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                     NORTHERN DISTRICT OF CALIFORNIA
7
8    JOHN M. LIBBY                          No. C14-2279 EMC
9              Plaintiff,
10        v.                                **ORDER TO SHOW CAUSE**
11   CAROLYN W. COLVIN, Commissioner,
     Social Security Administration,
12
13             Defendant.
     _____/
14

15        Plaintiff filed the instant social security on May 16, 2014.  Dkt. No. 1.  That same day, the

16   Court issued a "Procedural Order for Social Security Review Actions" which provided that Plaintiff

17   "shall serve and file a motion for summary judgment or for remand within 28 days of service of

18   defendant's answer."  Dkt. No. 3, at 1.  Defendant was then ordered to "serve and file any opposition

19   or counter-motion within 28 days of plaintiff's motion."  *Id.*  Defendant filed its answer to the

20   complaint on September 8, 2014.  Dkt. No. 13.  Plaintiff has failed to file a motion for summary

21   judgment or for remand as required.  On November 3, 2014, Defendant filed a motion requesting

22   instructions on how to proceed in light of this Court's procedural order.  Dkt. No. 15.

23        Plaintiff is hereby **ORDERED to SHOW CAUSE** why this action should not be dismissed

24   for failure to prosecute based on Plaintiff's failure to file a motion for summary judgment or remand

25   pursuant to this Court's order.  Plaintiff's response to this order shall be filed by **Tuesday,**

26   **December 16, 2014** at **5:00pm**.  Plaintiff is hereby advised that failure to respond to this Court's

27   order may result in dismissal of this action.

28   ///

1      This order disposes of docket number 15.

2

3      IT IS SO ORDERED.

4

5  Dated:  December 2, 2014

6

7                         _____

8                         EDWARD M. CHEN
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California